IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| THE LANGUAGE DOCTORS, INC., )<br>)<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MCM 8201 CORPORATE, LLC, et al. )<br>)<br>Defendants )<br>) | Case No. 8:20-CV-01755-PWG |

LINE REGARDING PARTIES' REACHING AGREEMENT TO SETTLEMENT IN PRINCIPLE

DEFENDANTS MCM 8201 CORPORATE, LLC, and MORNING CALM MANAGEMENT, LLC (collectively, "Defendants"), and PLAINTIFF THE LANGUAGE DOCTORS, INC. (collectively, with Defendants, the "Parties"), through respective counsel, hereby advise this Honorable Court that the Parties have reached an agreement in principle which, once finalized, will resolve this matter without further Court involvement. The Parties are in the process of reducing the terms of the settlement to writing and anticipate this matter will be dismissed as settled by the end of this month. Given the Parties' current posture of finalizing settlement, and to avoid the unnecessary consumption of the Parties' and this Court's resources, Defendants will not file an Answer to the Amended Complaint.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| GREENSTEIN DELORME & LUCHS, P.C. | FROST LAW |
|      /s/ Joshua M. Greenberg |      /s/ Sean Hatley (with permission) |
| Joshua M. Greenberg (Bar No. 16235) | Sean P. Hatley (Bar No. 20139) |
| 801 17th Street, N.W. | Christopher D. Buck (Bar No. 12441) |
| Suite 1000 | Matthew P. Kraeuter (Bar No. 29252) |
| Washington, D.C. 20006 | 839 Bestgate Road, Suite 400 |
| P: (202) 452-1400 x. 5417 | Annapolis, MD 21401 |
| F: (202) 452-1410 | P: (410) 497-5947 |
| E: JMG@GDLLAW.COM | F: (888) 235-8405 |
| | E: sean.hatley@frosttaxlaw.com / |
| | chris.buck@frosttaxlaw.com |
| *Counsel for Defendants* | |
| *MCM 8201 Corporate, LLC and* | *Counsel for Plaintiff* |
| *Morning Calm Management, LLC* | *The Language Doctors, Inc.* |

Certificate of Service

I HEREBY CERTIFY that on this 4th day of June, 2021, a copy off the foregoing Line Regarding Settlement in Principle was filed and served in accordance with the Court's CM/ECF guidelines upon:

>Sean P. Hatley, Esq.
>Christopher D. Buck, Esq.
>Matthew P. Kraeuter, Esq.
>Frost Law
>839 Bestgate Road, Suite 400
>Annapolis, MD 21401

                                                   /s/ Joshua M. Greenberg
                                                 Joshua M. Greenberg