IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| THE LANGUAGE DOCTORS, INC.,<br><br>Plaintiff<br><br>v.<br><br>MCM 8201 CORPORATE, LLC, et al.<br><br>Defendants | Case No. 8:20-CV-01755-PWG |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

PLAINTIFF THE LANGUAGE DOCTORS, INC. ("Plaintiff"), and DEFENDANTS MCM 8201 CORPORATE, LLC, and MORNING CALM MANAGEMENT, LLC (collectively, "Defendants") (collectively, with Defendants, the "Parties"), by and through respective counsel, hereby jointly stipulate to the dismissal of the above-captioned action as to all parties and all claims, counterclaims and defenses WITH PREJUDICE, with all parties to bear their own costs. The Parties reached a settlement of this dispute, the terms of which are embodied in that certain Settlement Agreement and Mutual Release signed by all Parties.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| GREENSTEIN DELORME & LUCHS, P.C. | FROST LAW |
| /s/ Joshua M. Greenberg (with permission) | /s/ Sean Hatley |
| Joshua M. Greenberg (Bar No. 16235) | Sean P. Hatley (Bar No. 20139) |
| 801 17th Street, N.W. | Christopher D. Buck (Bar No. 12441) |
| Suite 1000 | Matthew P. Kraeuter (Bar No. 29252) |
| Washington, D.C. 20006 | 839 Bestgate Road, Suite 400 |
| P: (202) 452-1400 x. 5417 | Annapolis, MD 21401 |
| F: (202) 452-1410 | P: (410) 497-5947 |
| E: JMG@GDLLAW.COM | F: (888) 235-8405 |
| | E: sean.hatley@frosttaxlaw.com / |
| | chris.buck@frosttaxlaw.com |
| *Counsel for Defendants* | |
| *MCM 8201 Corporate, LLC and* | *Counsel for Plaintiff* |
| *Morning Calm Management, LLC* | *The Language Doctors, Inc.* |

<u>Certificate of Service</u>

I HEREBY CERTIFY that on this 23rd day of July, 2021, a copy off the foregoing Stipulation of Dismissal with Prejudice was filed and served in accordance with the Court's CM/ECF guidelines upon all counsel of record.

      /s/ Sean P. Hatley
      Sean P. Hatley